GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ALICIA RENEE ROBERTSON
Assistant U.S. Attorney
State Bar No.: 026972
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: alicia.robertson@usdoj.gov
Attorneys for Plaintiff

FILED

2021 NOV 10 PM 12: 36

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR21-02896 TUC-JAS(DTF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| v. | VIOLATIONS: |
| Rosa Elena Gamboa Bahena, | 8 U.S.C. § 1324(a)(1)(A)(ii) |
| | 8 U.S.C. § 1324(a)(1)(B)(iii) |
| Defendant. | (Transportation of Illegal Aliens Placing in Jeopardy the Life of Any Person) |

**THE GRAND JURY CHARGES:**

On or about October 15, 2021, in the District of Arizona, Rosa Elena Gamboa Bahena, knowing and in reckless disregard of the fact that an alien, Luis Sanchez-Vazquez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and during and in relation to which the defendant caused serious bodily injury to or placed in jeopardy the life of any person,

///

in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(iii).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: November 10, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

ALICIA RENEE ROBERTSON
Assistant U.S. Attorney